# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:23-cr-00169-IM |
| v. | **INDICTMENT** |
| **GEORGIA LEITZ,** | 18 U.S.C. §§ 922(u) and 924(i)(1) |
| **Defendant.** | |

### THE GRAND JURY CHARGES:

### COUNT 1
(Theft of a Firearm from a Licensed Firearms Dealer)
(18 U.S.C. §§ 922(u) and 924(i)(1))

On or about August 24, 2022, in the District of Oregon, defendant **GEORGIA LEITZ** did unlawfully and knowingly steal, take, and carry away from a person and premises of person who is licensed to engage in the business of dealing in firearms, to-wit: ACE Hardware, located at 1630 N. 1st Avenue, Stayton, Oregon, a firearm, to-wit: a CZ, model CZ P-10, 9mm pistol, with serial number F043127, that was in the licensee's business inventory and had previously been shipped or transported in interstate or foreign commerce;

In violation of Title 18, United States Code, Sections 922(u) and 924(i)(1).

///

///

///

## COUNT 2
### (Theft of a Firearm from a Licensed Firearms Dealer)
### (18 U.S.C. §§ 922(u) and 924(i)(1))

On or about August 24, 2022, in the District of Oregon, defendant **GEORGIA LEITZ** did unlawfully and knowingly steal, take, and carry away from a person and premises of person who is licensed to engage in the business of dealing in firearms, to-wit: ACE Hardware, located at 1630 N. 1st Avenue, Stayton, Oregon, a firearm, to-wit: a FNH, model 509C, 9mm pistol, with serial number GKS0224805, that was in the licensee's business inventory and had previously been shipped or transported in interstate or foreign commerce;

In violation of Title 18, United States Code, Sections 922(u) and 924(i)(1).

Dated: May 16, 2023.

A TRUE BILL.

[signature redacted]

OFFICIATING FOREPERSON

Presented by:

NATALIE K. WIGHT
United States Attorney

*/s/ Scott M. Kerin*

SCOTT M. KERIN, OSB #965128
Assistant United States Attorney